THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSE-
VALE REALTY COMPANY, INC., Appellant, *v.* ALBERT
E. KLEINERT, as Superintendent of the Bureau of
Buildings of the Borough of Brooklyn, City of New
York, Respondent.

MIDWOOD MANOR ASSOCIATION et al., Intervenors,
Respondents.

*New York city — mandamus to compel superintendent of buildings to
approve plans for erection of tenement house properly denied.*

People ex rel. Rosevale Realty Co. v. Kleinert, 207 App. Div. 828,
affirmed.

(Argued January 9, 1924; decided February 19, 1924.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
October 19, 1923, which unanimously affirmed an order
of Special Term, denying a motion for a peremptory
order of mandamus to compel the defendant, as superin-
tendent of buildings of the borough of Brooklyn, to
forthwith approve certain plans on file in his department,
which had been previously approved by the tenement
house department, and to issue to the plaintiff a permit
for the erection of the building described in such plans
as a forty-family apartment house. The intervenor
Midwood Manor Association is an organization of prop-
erty owners in the vicinity of the premises upon which
plaintiff proposes to build, and the intervenor Pauline
R. Kalvin is the owner of property near the same
premises. These intervenors oppose the application of
the plaintiff on the ground that the proposed building
would cause them to suffer irreparable loss and would
be contrary to the general welfare of the community
and would endanger the health and safety of those who
live therein. (See 236 N. Y. 605.)

*Benjamin Reass, I. Henry Kutz, Hugo Hirsh* and *Emanuel Newman* for appellant.

*George P. Nicholson,* Corporation Counsel (*Charles J Druhan* and *Joseph P. Reilly* of counsel), for respondent.

*James Marshall* and *J. George Silberstein* for intervenors, respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., McLAUGHLIN, CRANE and ANDREWS, JJ.; CARDOZO and LEHMAN, JJ., dissent on ground that appellant is within the protection of sections 23 and 24 of the Building Zone resolution and express no opinion upon the other questions suggested in the appellant's argument. Not voting: POUND, J.